470-06/DPM/LJK
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
Mountiko Marine Co. Ltd.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Don P. Murnane, Jr. (DM 3639)
Lawrence J. Kahn (LK 5215)
Pamela L. Schultz (PS 0335)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MOUNTIKO MARINE CO. LTD.,

           Plaintiff,

-against-

FORBES GOKAK LTD.,

           Defendant.
-----------------------------------------------------------x

06 CIV 13267 (LBS)

**RULE 7.1 STATEMENT**

    Plaintiff MOUNTIKO MARINE CO. LTD., by and through undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parent, and that no publicly-held corporation in the United States owns 10% or more of its stock.

Dated: New York, New York
       November 15, 2006

                      FREEHILL HOGAN & MAHAR, LLP
                      Attorneys for Plaintiff Mountiko Marine Co. Ltd.

By: _____
      Don P. Murnane, Jr. (DM 3639)
      Lawrence J. Kahn (LK 5215)
      Pamela L. Schultz (PS 0335)
      80 Pine Street
      New York, NY 10005
      (212) 425-1900
      (212) 425-1901 fax

NYDOCS1/270066.1