# MEMO ENDORSED

**LAW OFFICES OF**

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI*
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
BARBARA G. CARNEVALE*
DOLORES N. O'LEARY*
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*ᵒ
DANIEL J. FITZGERALD*†△
JILL A. TAFT

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
△ALSO ADMITTED IN WASHINGTON, D.C.
ᵒALSO ADMITTED IN LOUISIANA

## FREEHILL HOGAN & MAHAR LLP

**80 PINE STREET**

**NEW YORK, N.Y. 10005-1759**

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

**RECEIVED FEB 1 3 2007 CHAMBERS OF LEONARD B. SAND**

February 13, 2007

OUR REF: 470-06/DPM/PLS

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-14-07**

VIA FACSIMILE: 212-805-7919
The Honorable Leonard B. Sand
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    Mountiko Marine Co. Ltd. v. Forbes Gokak Ltd.
06-CIV-13267 (LBS)

Dear Judge Sand:

We represent Plaintiff Mountiko Marine Co. Ltd. ("Mountiko") and write to request an adjournment of the Initial Conference currently scheduled for February 15, 2007 at 9:45 a.m. This is our first request for such relief.

This matter involves a claim by Mountiko against Forbes Gokak Ltd. ("Forbes") for breach of a maritime contract of charter party. Mountiko's Verified Complaint included a request for an attachment pursuant to Supplemental Rule B of the Federal Rules of Civil Procedure, and contemporaneously with the filing of the Verified Complaint, Mountiko applied for relief pursuant to Rule B, which was granted *ex parte* on November 17, 2006.

Mountiko has been successful in restraining funds of Forbes for which Forbes has been notified. The parties are discussing settlement, and we are no longer serving daily notice of the attachment while they parties continue to do so. Our understanding through overseas solicitors is that the terms of the settlement have been agreed to in principle, but that all conditions of the settlement agreement have not yet been finalized. We anticipate the matter will be resolved in the next 30 days. For this reason, a conference would be of little benefit to the Court or moving the proceedings along and we respectfully request that the Initial Conference be adjourned for 45

NYDOCS1/278030.1

The Hon. Leonard B. Sand
February 13, 2007
Page 2

to 60 days, with the hopes that we will have dismissed the matter by that time. Forbes has no
objection to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

FREEHILL HOGAN & MAHAR LLP

*Pamela L Schultz* [signature]

Pamela L. Schultz

*Conference adjourned as requested.
The Court will advise parties of the
adjourned date.* [handwritten]

*So ordered* [handwritten]

[signature]

*LBS*
2/13/07

**MEMO ENDORSED**

NYDOCS1/278030.1

FREEHILL, HOGAN & MAHAR LLP