UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOUNTIKO MARINE CO. LTD. | **CERTIFICATE OF MAILING** |
| Plaintiff, | |
| -V- | |
| FORBES GOKAK LTD. | |
| Defendant. | 06 CV 13267 (LBS) |

*[Stamp: U.S. DISTRICT COURT FILED APR 1 2 2007 S.D. OF N.Y.]*

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**12th Day of April, 2007**

I served the

Summons & Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (C) (ii) filed and issued herein on the,

**16th Day of November, 2006**

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

**825 5659 930**

_____
J. Michael McMahon
-CLERK-

Dated: New York, NY

LAW OFFICES OF
FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759
TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*°
DANIEL J. FITZGERALD*†△
JILL A. TAFT
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
° ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

April 11, 2007

OUR REF: 470-06/DPM/PLS

**VIA FEDERAL EXPRESS – Tracking #8581 1942 1946**
Clerk of the Court
U. S. District Court Southern District of New York
U. S. Courthouse

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only
825 5659 930
ORIGIN
DESTINATION CODE

1 Payer account number and shipment value protection details
Charge to ☒ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No.
☐ Cash ☐ Check ☐ Credit Card
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $)
Not all payment options are available in all countries.

2 From (Shipper)
Shipper's Account Number
Contact Name: Pamela Schultz
Shipper's Reference (up to 35 characters): 470-06 | DPM | PLS
Company Name: Freehill Hogan & Mahar
Address: 80 Pine Street
New York, New York
Post/ZIP Code (required): 10005
Phone, Fax, or E-mail (required): 2124251900

3 To (Receiver)
Company Name: Forbes Gokak Ltd.
Contact Person: —
Delivery Address DHL Cannot Deliver to a PO Box: Saki Powai Road
Chandivali
Mumbai 400072
Country: India
Post/ZIP Code (required)
Phone, Fax, or E-mail (required)

4 Shipment Details
Total number of packages | Total Weight If DHL Express Document packaging used, enter XD. | lbs | Pieces | Dimensions (in inches) Length Width Height

5 Full Description of Contents
Give Content and Quantity: Legal docs.

6 Dutiable Shipments Only (Customs requirement)
Attach the original and four copies of a Proforma or Commercial Invoice.
Export License No./Symbol (if applicable) | Receiver's VAT/GST or Shipper's EIN/SSN
Declared Value for Customs (in US $) (as on commercial/proforma invoice) | Schedule B Number / Harmonized Code (if applicable)
AES TRANSACTION NUMBER | TYPE OF EXPORT ☐ Permanent ☐ Repair/Return ☐ Temporary
Destination Duties/Taxes If left blank, Receiver pays duties/taxes.
☐ Receiver ☐ Shipper ☐ Other
The commodities, technology or software to be exported from the U.S. are in compliance with the U.S. Bureau of Export Administration. Diversion to countries contrary to U.S. law prohibited.

7 Shipper's Authorization (signature required)
I/we agree that DHL's standard terms apply to this shipment and limit DHL's liability for loss or damage to U.S. $100. The Warsaw Convention may also apply (see reverse). I/we authorize DHL to complete other documents necessary to export this shipment. I/we understand that Shipment Value Protection is available on request, for an extra charge. I/we agree to pay all charges if the recipient or 3rd party refuses to pay. I/we understand that DHL DOES NOT TRANSPORT CASH.
Signature (required) Date / /

8 Products & Services
☐ International Express Envelope
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other
Service Options (extra charges may apply)
☐ Saturday Delivery ☐ Special Pickup
☐ Delivery Notification ☐ Signature Required
Other
Global Mail
☐ Int. Priority ☐ Int. Standard ☐ IPA ☐ ISAL
☐ Dom. Priority ☐ Dom. Standard
Other