Michael Marks Cohen (MC-2274)
Nicoletti Hornig & Sweeney
Wall Street Plaza
88 Pine Street, Seventh Floor
New York, New York 10005
(212) 220-0390
(212) 220-3784 (fax)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

    MOUNTIKO MARINE CO. LTD.,

              Plaintiff,              06-CV-13267 (LBS)

              - against -             **RULE 7.1 STATEMENT**

    FORBES GOKAK LTD.,

              Defendant.

-----------------------------------------------------------x

    TO:    CLERK OF THE COURT
             FREEHILL HOGAN & MAHAR, LLP.

Gentlemen:

Please take notice that Defendant Forbes Gokak Ltd. is a publicly held corporation which trades on the Bombay Stock Exchange and is part of the Shapoorji Pallonj Group of companies. The latter owns more than 10% of the stock of Tata Sons Limited which is the holding company of the Tata Group.

Dated: New York, New York
June 19, 2007

                                                          Yours, etc.

                                                          Nicoletti Hornig & Sweeney
                                                          *Attorneys for Defendant,*
                                                          *Forbes Gokak Ltd.*

                                                    By [signature]
                                                          Michael Marks Cohen (MC 2274)
                                                          88 Pine Street
                                                          New York, NY 10005
                                                          (212) 220-0390
                                                          (212) 220-3784 (fax)
                                                          mchohen@nicolettihornig.com (email)

W:\MCOHEN\81\66\RULE 7-1 STATEMENT.LR.doc