Michael Marks Cohen (MC-2274)
Nicoletti Hornig & Sweeney
Wall Street Plaza
88 Pine Street, Seventh Floor
New York, New York 10005
(212) 220-0390
(212) 220-3784 (fax)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

MOUNTIKO MARINE CO. LTD.,

   Plaintiff,

  - against -

FORBES GOKAK LTD.,

   Defendant.

------------------------------------------------------------x

06-CV-13267 (LBS)

**RESTRICTED APPEARANCE**
**UNDER F.R.C.P. RULE E(8)**

TO: CLERK OF THE COURT
   FREEHILL HOGAN & MAHAR, LLP.

Gentlemen:

Please take notice that as provided in Rule E(8) of the Federal Rules of Civil Procedure, the undersigned represents Defendant Forbes Gokak Ltd. and hereby enters an appearance on behalf of Defendant expressly to defend against the admiralty and maritime claims in the Complaint, and not for purposes of any other claim with respect to which process is not available nor has been served.

  Dated: New York, New York
     June 18, 2007

Yours, etc.

Nicoletti Hornig & Sweeney
*Attorneys for Defendant,
Forbes Gokak Ltd.*

By [signature]
Michael Marks Cohen (MC 2274)
88 Pine Street
New York, NY 10005
(212) 220-0390
(212) 220-3784 (fax)
mchohen@nicolettihornig.com (email)

X:\Public Word Files\81\66\LEGAL\RESTRICTED APPEARANCE 6-14-07.LR.doc