**ATTORNEY VERIFICATION**

State of New York    )
                                    ) ss.
County of New York  )

      MICHAEL MARKS COHEN, being first duly sworn, deposes on his oath and says:

    1.    I am of counsel to the law firm of Nicoletti Hornig & Sweeney attorneys for the Defendant in this action.

    2.    I have read the foregoing Verified Answer and the contents thereof, are true to the best of my knowledge, information and belief.

    3.    The sources of my information and the grounds for my belief are communications and documents provided by our client regarding the claim.

    4.    The reason this verification is made by an attorney and not by the Defendant is because the Defendant is a foreign entity, none of whose offices are presently within this District.

                                                      _____
                                                         Michael Marks Cohen

Sworn to before me this
18th day of June, 2007

_____
Notary Public
W:\MCOHEN\81\66\VERIFIED ANSWER 6-07.lr.doc
VALERIE A. CLUNE
Notary Public, State of New York
No. 01CL4880479
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 15, 20 10