UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X

Mountiko Marine Co. Ltd.

                    Plaintiff(s),                    06 ___ CIV. 13267 ___ (LBS)

    -against-

Forbes Gokak Ltd.

                    Defendant(s).

--------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-12-07
```

SAND, J.

        It is hereby ordered that this action be transferred to
the suspense docket of this Court, subject to reinstatement to the
active docket upon the written request of any party.

        This order is entered for the following reason(s):
pending the outcome of the London arbitration already in progress(
including all appeals, if any) between the parties.

_____

_____

        The parties are to advise the Court in writing of the
status of this action on Jan. 8, 2008 and every 90 days thereafter
        SO ORDERED.

Dated:    New York, New York
          October 11, 2007

                                        _____
                                                U.S.D.J.