LAW OFFICES OF

**FREEHILL HOGAN & MAHAR LLP**

80 PINE STREET

NEW YORK, N.Y. 10005-1759

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ~
DANIEL J. FITZGERALD*†△
JILL A. TAFT
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
~ ALSO ADMITTED IN LOUISIANA

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

MAIL: reception@freehill.com

www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

RECEIVED
JAN 0 8 2007
CHAMBERS OF
LEONARD B. SAND



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-08-08

January 4, 2008

Our Ref: 470-06/PJG/PLS

Honorable Leonard B. Sand
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1650
New York, New York 10007-1312

    Re:    Mountiko Marine Co. Ltd. v. Forbes Gokak Ltd.
           06 CV 13267 (LBS)

Dear Judge Sand:

    We represent Plaintiff in the captioned matter and write on behalf of all parties as to the status of this matter which involves a maritime attachment pursuant to Rule B of the Federal Rules of Civil Procedure. Under the terms of the parties' agreement, the funds that were attached here have been transferred to an interest bearing account in London but remain subject to the attachment here pending the outcome of the London arbitration.

    The disputes between the parties remain ongoing in London arbitration. Plaintiff has served its Points of Claim, and Defendant has been permitted to pass those points of claim to a third party in a related arbitration before being required to submit Points of Defence. The third party has until January 18 to respond in the related arbitration after which Defendant will be required to respond directly to the Plaintiff. Although there are agreements between the parties and directives from the arbitrators regarding discovery in both arbitrations, it is unlikely there will be a final award from the Tribunal until the latter part of the year. Accordingly, we request that the case remain on the suspense docket, with another status report due in approximately six months.

NYDOCS1/296440.1

**MEMO ENDORSED**

Request granted.
So ordered
MSand 1/4/08

January 4, 2008
Page 2

  We thank the Court for its attention to this matter, and remain ready to respond to any inquiries the Court may have.

       Respectfully submitted,
       FREEHILL HOGAN & MAHAR LLP

       Pamela L. Schultz

PLS:lu

cc: Michael Marks Cohen, Esq., 212-220-3784 (via facsimile)

